NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**QUALITY EDGE, INC.,**
*Plaintiff-Appellee*

v.

**ROLLEX CORPORATION,**
*Defendant-Appellant*

---

2017-1005

---

Appeal from the United States District Court for the Western District of Michigan in No. 1:10-cv-00278-JTN, Judge Janet T. Neff.

---

**ON MOTION**

---

Before O'MALLEY, *Circuit Judge.*

**O R D E R**

Rollex Corporation submits a motion to stay, pending appeal, the permanent injunction issued by the United States District Court for the Western District of Michigan. Quality Edge, Inc. submits a response to the motion.

Upon consideration thereof,

IT IS ORDERED THAT:

   Pending the court's consideration of the motion, the district court's permanent injunction is partially stayed to the extent that: (1) Rollex shall not have to destroy all inventory of the Stealth Soffit™ product owned or under its control as of October 4, 2016, (2) Rollex shall not have to destroy copies of Stealth Soffit™ promotional materials in its possession, custody or control and (3) Rollex shall not have to demonstrate compliance with the injunction order as to the destruction of the Stealth Soffit™ product and promotional materials.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s31